1

2

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

3    LANCE SPEAKE,                                        Case No.  3:20-cv-00005-MMD-WGC

4                                          Plaintiff            ORDER

5             v.

6    MICHAEL MINOV, *et al.*,

7                                          Defendants

8

9    **I.    DISCUSSION**

10           Plaintiff, who is an inmate in the custody of the Nevada Department of Corrections

11   ("NDOC"), has submitted a civil rights complaint pursuant to 42 U.S.C. § 1983 and has

12   filed an application to proceed *in forma pauperis*.  (ECF Nos. 1, 1-1).

13           Plaintiff's application to proceed *in forma pauperis* is incomplete.  Pursuant to 28

14   U.S.C. § 1915(a)(2) and Local Rule LSR 1-2, Plaintiff must complete an application to

15   proceed *in forma pauperis* on this Court's approved form and attach both an inmate

16   account statement for the past six months and a properly executed financial certificate.

17   Plaintiff has not submitted an application to proceed *in forma pauperis* on this Court's

18   approved form.  (*See* ECF No. 1).  As such, the *in forma pauperis* application is denied

19   without prejudice.  The Court will retain Plaintiff's civil rights complaint (ECF No. 1-1), but

20   will not file it until the matter of the payment of the filing fee is resolved.  Plaintiff will be

21   granted an opportunity to cure the deficiencies of his application to proceed *in forma*

22   *pauperis*, or in the alternative, pay the full filing fee for this action.  If Plaintiff chooses to

23   file a new application to proceed *in forma pauperis* he must file a fully complete application

24   to proceed *in forma pauperis.*

25   **II.    CONCLUSION**

26           For the foregoing reasons, IT IS ORDERED that Plaintiff's application to proceed

27   *in forma pauperis* (ECF No. 1) is DENIED without prejudice to file a new application.

28           IT IS FURTHER ORDERED that the Clerk of the Court WILL SEND Plaintiff the

1 approved form application to proceed *in forma pauperis* by a prisoner, as well as the

2 document entitled information and instructions for filing an *in forma pauperis* application.

3       IT IS FURTHER ORDERED that within thirty (30) days from the date of this order,

4 Plaintiff will either: (1) file a fully complete application to proceed *in forma pauperis*, <u>on</u>

5 <u>the correct form</u> with complete financial attachments in compliance with 28 U.S.C. §

6 1915(a); or (2) pay the full $400 fee for filing a civil action (which includes the $350 filing

7 fee and the $50 administrative fee).

8       IT IS FURTHER ORDERED that if Plaintiff does not timely comply with this order,

9 dismissal of this action may result.

10       IT IS FURTHER ORDERED that the Clerk of the Court will retain the complaint

11 (ECF No. 1-1) but will not file it at this time.

12       DATED:  January 7, 2020

13

14            William G. Cobb
           UNITED STATES MAGISTRATE JUDGE