| | |
|---|---|
| 1  UNITED STATES DISTRICT COURT | |
| 2  DISTRICT OF NEVADA | |

| | |
|---|---|
| LANCE E. SPEAKE, | Case No. 3:20-cv-00005-MMD-WGC |
| Plaintiff | **ORDER** |
| v. | |
| MICHAEL MINOV, *et al.*, | |
| Defendants | |

## I. DISCUSSION

On January 7, 2020, this Court ordered Plaintiff to file a fully complete application to proceed *in forma pauperis* on the Court's approved form or pay the full $400 filing fee for a civil action within thirty (30) days from the date of that order. (ECF No. 3 at 2). On January 10, 2020, Plaintiff filed a motion for clarification or in the alternate a motion for extension of time. (ECF No. 4 at 1). The Court will construe Plaintiff's motion at ECF No. 4 as a motion for extension of time to file an application to proceed in forma pauperis on this Court's approved form. The Court now grants Plaintiff's motion for an extension of time. Plaintiff shall file an application to proceed *in forma pauperis* on this Court's approved form or pay the full $400 filing fee on or before **Friday, February 21, 2020.** Further, Plaintiff shall be provided a copy of the Court's approved form with this order.

## II. CONCLUSION

For the foregoing reasons, IT IS ORDERED that the motion for extension of time (ECF No. 4) is GRANTED.

IT IS FURTHER ORDERED that on or before **Friday, February 21, 2020**, Plaintiff shall either: (1) file an application to proceed *in forma pauperis*, on this Court's approved form in compliance with 28 U.S.C. § 1915(a); or (2) pay the full $400 fee for filing a civil action (which includes the $350 filing fee and the $50 administrative fee).

IT IS FURTHER ORDERED that the Clerk of the Court WILL SEND Plaintiff the approved form application to proceed *in forma pauperis* by a prisoner, as well as the

1 | document entitled information and instructions for filing an *in forma pauperis* application.
2 | IT IS FURTHER ORDERED that if Plaintiff does not timely comply with this order,
3 | dismissal of this action may result.
4 | DATED: January 13, 2020

*[signature: William G. Cobb]*
UNITED STATES MAGISTRATE JUDGE