1  UNITED STATES DISTRICT COURT
2  DISTRICT OF NEVADA

3  LANCE E. SPEAKE,                         Case No. 3:20-cv-00005-MMD-WGC
4                        Plaintiff,         **ORDER**
5       v.
6  MICHAEL MINOV, *et al.,*
7                        Defendants.

**I.  DISCUSSION**

On January 2, 2020, Plaintiff, an inmate in the custody of the Nevada Department of Corrections ("NDOC"), submitted a civil rights complaint pursuant to 42 U.S.C. § 1983 and filed an application to proceed *in forma pauperis*. (ECF Nos. 1, 1-1). On January 7, 2020, this Court issued an order denying Plaintiff's application to proceed *in forma pauperis* without prejudice to file a new application because Plaintiff's application was not on this Court's approved form. (ECF No. 3). On January 10, 2020, Plaintiff filed a motion for an extension of time at ECF No. 4. On January 13, 2020, the Court granted the Plaintiff's extension request at ECF No. 5. On February 7, 2020, Plaintiff filed another application to proceed *in forma pauperis* at ECF No. 6. <u>Plaintiff's application is again incomplete.</u>

Pursuant to 28 U.S.C. § 1915(a)(2) and Local Rule LSR 1-2, Plaintiff must complete <u>all pages</u> of his application to proceed *in forma pauperis* on this Court's approved form and attach both an inmate account statement for the past six months and a properly executed financial certificate. <u>Plaintiff's filing at ECF No. 6 is missing pages 2 and 3 of this Court's application form</u>. As such, Plaintiff's *in forma pauperis* application (ECF No. 6) is denied without prejudice. Plaintiff will be granted <u>one final opportunity</u> to cure the deficiencies of his application to proceed *in forma pauperis*, or in the alternative, pay the full $400 filing fee for this action. If Plaintiff chooses to file a new application to proceed *in forma pauperis*, he must file a fully complete application to proceed *in forma*

*pauperis*. If Plaintiff files another incomplete application to proceed *in forma pauperis*, the Court will dismiss the case in its entirety, without prejudice, to file a new case when Plaintiff is able to acquire the necessary documents and submit a fully complete application to proceed *in forma pauperis*. The Court will retain Plaintiff's civil rights complaint (ECF No. 1-1), but will not file it until the matter of the payment of the filing fee is resolved.

**II.     CONCLUSION**

For the foregoing reasons, IT IS ORDERED that Plaintiff's application to proceed *in forma pauperis* (ECF No. 6) is DENIED without prejudice to file a new application.

IT IS FURTHER ORDERED that the Clerk of the Court WILL SEND Plaintiff the approved form application to proceed *in forma pauperis* by a prisoner, as well as the document entitled information and instructions for filing an *in forma pauperis* application.

IT IS FURTHER ORDERED that within **thirty (30) days** from the date of this order, Plaintiff will either: (1) file a fully complete application to proceed *in forma pauperis*, on the correct form with complete financial attachments in compliance with 28 U.S.C. § 1915(a); or (2) pay the full $400 fee for filing a civil action (which includes the $350 filing fee and the $50 administrative fee).

IT IS FURTHER ORDERED that, if Plaintiff's next application to proceed *in forma pauperis* is incomplete, the Court will dismiss the case, without prejudice, for Plaintiff to file a new case when he is able to acquire the necessary documents and submit a fully complete application to proceed *in forma pauperis*.

IT IS FURTHER ORDERED that if Plaintiff does not timely comply with this order, dismissal of this action may result.

IT IS FURTHER ORDERED that the Clerk of the Court will retain the complaint (ECF No. 1-1), but will not file it at this time.

DATED:  February 10, 2020

*William G. Cobb*
UNITED STATES MAGISTRATE JUDGE