1 | AARON D. FORD
  |   Attorney General
2 | KAYLA D. DORAME, Bar No. 15533
  |   Deputy Attorney General
3 | State of Nevada
  | Public Safety Division
4 | 100 N. Carson Street
  | Carson City, NV 89701-4717
5 | Tel: (775) 684-1259
  | E-mail: kdorame@ag.nv.gov
6 |
7 | *Attorneys for Defendant*
  | *Kelly Thompson*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| LANCE E. SPEAKE, | Case No. 3:20-cv-00005-MMD-WGC |
|---|---|
| Plaintiff, | |
| v. | **STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |
| MICHAEL MINOV, et al., | |
| Defendants. | |

    Defendant, Kelly Thompson, by and through counsel, Aaron D. Ford, Attorney General of the State of Nevada, and Kayla D. Dorame, Deputy Attorney General, hereby stipulate and agree, pursuant to FED. R. CIV. P. 41(a)(1), that the above captioned action should be dismissed in its entirety with prejudice by order of this Court.

///
///
///
///
///
///
///
///
///

1

This Stipulation for Dismissal with Prejudice is executed as part of an out-of-court settlement between parties. Pursuant to the terms of the Settlement Agreement and Full and Final Release, each party hereto shall bear its own attorneys' fees and costs.

\* \* \*

DATED this _____ day of March, 2021.    DATED this 2nd day of March, 2021.

AARON D. FORD
Attorney General

By: _____          By: _____
LANCE SPEAKE (#1032778)                     KAYLA D. DORAME
*Plaintiff, Pro Se*                                   Deputy Attorney General
                                                            Public Safety Division

                                                            *Attorneys for Defendants*

IT IS SO ORDERED.

_____
U.S. DISTRICT JUDGE

DATED; March 3, 2021

2

## CERTIFICATE OF SERVICE

I certify that I am an employee of the Office of the Attorney General, State of Nevada and that on this 3rd day of March, 2021, I caused a copy of the foregoing, **STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE,** to be served, by U.S. District Court CM/ECF Electronic Filing on the following:

Lance Speake, #1032778
Care of LCC Law Librarian
Lovelock Correctional Center
1200 Prison Road
Lovelock, NV 89419
lcclawlibrary@doc.nv.gov

_____
An employee of the Office
of the Attorney General

3